**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Trenton, NJ**

QUICKEN LOANS INC.

                                                 Plaintiff,

v.                                                          Case No.: 3:20−cv−01260−FLW−LHG

KENNETH E. GILLESPIE, et al.

                                                 Defendant.

Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728−1266

State No: SWC−F−012154−19

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                            Very truly yours,

                                                            William T. Walsh, Clerk
                                                            By Deputy Clerk, abr

encl.
cc: All Counsel